No. 69147.—Pan American Trade Development Corporation *v.* United States, protest 63/4503 (Tampa).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of galvanized field fencing, not over twenty one-hundredths and not under eight one-hundredths of an inch in diameter, similar in all material respects to that the subject of *Amerlux Steel Products Corp. et al.* v. *United States* (52 Cust. Ct. 83, C.D. 2441), the claim of the plaintiff was sustained.

No. 69148.—Lafayette Brass Mfg. Co., Inc., et al. *v.* United States, protests 64/4959, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

No. 69149.—John H. Faunce Philadelphia, Inc. *v.* United States, protest 62/12855 (Philadelphia).

Opinion by LAWRENCE, J.  The motion was granted, and the protest was dismissed.

No. 69150.—Lodge Spark Plug Co. et al. *v.* United States, protests 63/11878, etc. (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.